**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: October 18, 2010**

_____

BK1009525
TJK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI

| | |
|---|---|
| IN RE: | Case No. 10-15717 |
| Jose Roberto Molina | Chapter 7 |
| | Judge Hopkins |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #13) FOR PROPERTY LOCATED AT (436 GRANDIN AVENUE CINCINNATI, OH 45246)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, National Association on September 20, 2010 as document number 13. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 436 Grandin Avenue Cincinnati, OH 45246.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Edward J Boll
Edward J Boll, Case Attorney
Bar Registration No.0072982
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3202
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Martina Molina - Creditor
436 Grandin Avenue
Cincinnati, OH 45246
ORDINARY U.S. MAIL, POSTAGE PRE-PAID


###